UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONIFACIO TORRES-HURTADO,<br>Petitioner,<br>v.<br>KIRSTJEN M. NIELSEN, et al.,<br>Respondents. | Case No. 19-cv-01083-EMC<br><br>**ORDER TO SHOW CAUSE**<br>Docket No. 1 |

Petitioner Bonifacio Torres-Hurtado has filed a habeas petition pursuant to 28 U.S.C. § 2241. In his petition, he argues that he is entitled to habeas relief because his "prolonged detention without a reasonable determination of flight risk violates the Due Process Clause of the Fifth Amendment and the Eighth Amendment's Excessive Bail Clause." Pet. ¶ 5; *see also* Pet. ¶¶ 31, 48 (alleging that the immigration judge's decision to deny bond was in error).

Having reviewed the petition, the Court finds that a response is warranted. *See Garcia-Ambrocio v. Nielsen*, No. 4:17-cv-07087-KAW, 2018 U.S. Dist. LEXIS 22799, at *3 (N.D. Cal. Feb. 9, 2018) (stating that "[s]ummary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false"; citing *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990)). Accordingly, the Court orders as follows:

1. The Clerk shall serve a copy of this order and the petition and all attachments thereto upon Respondents. The Clerk shall also electronically serve a copy of this order on Mr. Torres-Hurtado.

2. Respondents shall file with the court and serve on Mr. Torres-Hurtado, within 60 days of the date of this order, an answer showing why a writ of habeas corpus should not be

issued. Respondents shall file with the answer and serve on Mr. Torres-Hurtado a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition.

3. If Mr. Torres-Hurtado wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on Respondents within 30 days of his receipt of the answer.

**IT IS SO ORDERED**.

Dated: April 2, 2019

_____
EDWARD M. CHEN
United States District Judge