BERNDT INGO BRAUER
ATTORNEY AT LAW
STATE BAR NO. 96699
111 WEST ST. JOHN STREET
SUITE 555
SAN JOSE, CA 95113
TEL: (408) 275-1290
FAX: (408) 275-1396

Attorney for Petitioner
BONIFACIO TORRES-HURTADO

DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7071
Fax: (415) 436-6748
robin.wall@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BONIFACIO TORRES-HURTADO, <br><br> Petitioner, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security; WILLIAM P. BARR, Attorney General of the United States; RICHARD VALEIKA, Director of the San Francisco Field Office, <br><br> Respondents. | CASE NO. 19-CV-01083-EMC <br><br> **STIPULATION OF DISMISSAL;** ~~**PROPOSED**~~ **ORDER** |

# STIPULATION OF DISMISSAL

As authorized by Federal Rule of Civil Procedure 41(a), Petitioner and Respondents hereby stipulate to dismissal with prejudice of Petitioner's Petition for Writ of Habeas Corpus.

Each party will bear its own costs and attorney's fees.

It is so stipulated, through counsel of record.

DATED: July 1, 2019

_____
BERNDT INGO BRAUER
Petitioner's Attorney

DATED: July 1, 2019

DAVID L. ANDERSON
United States Attorney

_____
ROBIN M. WALL
Assistant United States Attorney
Attorney for Respondents

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 3, 2019

_____
HON. EDWARD M. CHEN
United States District Judge

STIPULATION OF DISMISSAL
19-CV-01083 EMC

2